involving an expedited election matter. Upon consideration of the motions for admission pro hac vice of Wendy Weiser, Adam Skaggs, Jennifer Rosenberg, Daniel Tokaji, and Neil Bradley,

It is ordered by the court that the motions for admission pro hac vice are dismissed as moot.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1954. State ex rel. Lowe v. Cincinnati, Inc.**
Franklin App. No. 07AP–850, 2008-Ohio-4891.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1248. Meijer Stores Ltd. Partnership v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2005–T–441 and 2005–T–443.

**2008–1782. HK New Plan Exchange Property Owner II, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–B–1410.

## CASE ANNOUNCEMENTS

*October 15, 2008*

[Cite as *10/15/2008 Case Announcements*, 2008-Ohio-5273.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–1427. [State ex rel.] Duhart v. Nurre.**
In Mandamus. On relators' motion for leave to file an amended complaint and motion to dismiss amended complaint of Judge Thomas C. Nurre and Gregory Hartmann. Motion for leave to file an amended complaint granted. Motion to dismiss granted. All other pending motions denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1496. [State ex rel.] LeFlore v. Leuthold.**
In Mandamus. On complaint in mandamus of Darius E. LeFlore. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1513. State ex rel. Hawthorne Valley Country Club, L.L.C. v. Patton.**
In Mandamus. On motion to dismiss and amended motion opposing motion to dismiss. Motion to dismiss granted. Motion opposing motion to dismiss and motion to consolidate denied as moot. Cause dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
PFEIFER, J., dissents and would grant an alternative writ.

**2008–1549. [State ex rel.] Day v. McNulty.**
In Mandamus. On complaint in mandamus of Leo C. Day Jr. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1550. [State ex rel.] Day v. Sweeney.**
In Prohibition. On respondents' motion for judgment on the pleadings, relator's motion to strike motion for judgment on the pleadings, and respondents' motion opposing motion to strike. Motion for judgment on the pleadings granted. All other motions denied. Cause dismissed.